PROB 12C
(6/16)

Report Date: April 19, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 19, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Kyjah C. Williams | Case Number: | 0980 2:19CR00034-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 6, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), and 2; Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) | | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | October 9, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 8, 2023 |

### PETITIONING THE COURT

To issue a warrant.

Ms. Williams' conditions of supervised release were reviewed with her on October 13, 2020. She signed her judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Ms. Williams violated the terms of her supervised by using methamphetamine and fentanyl on or about April 13, 2022.<br><br>On April 14, 2022, the undersigned officer made contact with Ms. Williams at her residence. At that time, she admitted to the undersigned, and via a signed document, that she last used both methamphetamine and fentanyl on or about April 13, 2022. |

Prob12C
Re: Williams, Kyjah C.
April 19, 2022
Page 2

| | | |
|---|---|---|
| | 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting** Evidenced is alleged that Ms. Williams violated the terms of her supervised by using fentanyl on or about April 18, 2022.

On April 18, 2022, after departing her treatment provider, the undersigned spoke with Ms. Williams via telephone. It was at that time, Ms. Williams stated that after last meeting with the undersigned on April 14, 2022, she has continued to use controlled substances and that she last used fentanyl in the morning hours of April 18, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 19, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

April 19, 2022
Date