PROB 12C
(6/16)

Report Date: August 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyjah C. Williams | Case Number: 0980 2:19CR00034-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉, Fruitland, Washington 99129 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 6, 2019 | |
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), and 2; Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) |
| Original Sentence: Prison - 24 months  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: October 9, 2020 |
| Defense Attorney: Lorinda Meier Youngcourt | Date Supervision Expires: October 8, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/19/2022.

Ms. Williams' conditions of supervised release were reviewed with her on October 13, 2020. She signed her judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Ms. Williams violated the terms of her supervised by using fentanyl on or about July 27, 2022.

On August 12, 2022, Ms. Williams reported to the U.S. Probation Office. At that time, she admitted to the undersigned, and via a signed document, she used fentanyl on or about July 27, 2022.

Prob12C
Re: Williams, Kyjah C.
August 16, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 16, 2022

Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other : *All pending violations will be addressed at the Revocation of Supervised Release hearing set for 9/29/2022.*

Thomas O. Rice
United States District Judge

August 16, 2022
Date