PROB 12C
(6/16)

Report Date: June 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Kyjah C. Williams | Case Number: | 0980 2:19CR00034-TOR-1 |

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Fruitland, Washington 99129

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 6, 2019

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), and 2; Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 9, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: October 8, 2023 |

## PETITIONING THE COURT

To issue a warrant.

Ms. Williams' conditions of supervised release were reviewed with her on October 13, 2020. She signed her judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Ms. Williams is alleged to be in violation of her conditions of supervised release by failing to report to the U.S. Probation Office on June 2 and 5, 2023. |
| | On May 30, 2023, the undersigned officer contacted Ms. Williams and instructed her to report to the probation office by June 1, 2023, for a random urinalysis test. She acknowledged the directive. |
| | On June 1, 2023, at 7:24 a.m., Ms. Williams contacted the undersigned and questioned when was the latest time she could be at the office for her urinalysis test. The undersigned officer advised her to report by 4 p.m. |

Prob12C
Re: Williams, Kyjah C.
June 8, 2023
Page 2

At 2 p.m., Ms. Williams contacted the undersigned officer asking to report in the following day (June 2, 2023). She claimed that someone had called in at work and she now had to close the store. The undersigned officer directed her to report to the probation office first thing in the morning on June 2, 2023, and she acknowledged the directive.

At approximately 12 p.m. on June 2, 2023, she contacted the undersigned officer and indicated she was on her way to the probation office; however, Ms. Williams failed to report.

At 5 p.m., the undersigned officer left her a voice mail questioning her whereabouts and directed her to report at 8 a.m., on June 5, 2023. Ms. Williams failed to report as directed and has not returned any messages left by the undersigned officer.

2       **Standard Condition #13**: You must follow the instructions of the supervising probation officer related to the conditions of supervised release.

**Supporting Evidence**: Ms. Williams is alleged tp be in violation of her conditions of supervised release by failing to call the undersigned officer as instructed on or after June 2, 2023.

On June 2, 2023, Ms. Williams failed to report for urinalysis testing. A message was left directing her to call the undersigned officer. As of the writing of this report, Ms. Williams has not called the undersigned officer as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 8, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

June 9, 2023

Date