PROB 12C
(6/16)

Report Date: June 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyjah C. Williams | Case Number: 0980 2:19CR00034-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Fruitland, Washington 99129 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 6, 2019 | |
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), and 2; Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) |
| Original Sentence: Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: October 9, 2020 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: October 8, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/09/2023.

Ms. Williams' conditions of supervised release were reviewed with her on October 13, 2020. She signed her judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: It is alleged Ms. Williams is in violation of her conditions of supervised release for traveling to the District of Nevada, on or around June 19, 2023, without authorization from the supervising probation officer. |
| | On June 20, 2023, the undersigned officer received notification from the U.S. Attorney's Office in the District of Nevada, Reno Division, that Ms. Williams was arrested in their district and was making an initial appearance on June 22, 2023. Ms. Williams did not have authorization to travel to the District of Nevada. |

Prob12C
Re: Williams, Kyjah C.
June 21, 2023
Page 2

        Ms. Williams is an inmate at the Washoe County Jail in Reno, Nevada, and was booked into jail on June 19, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 21, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

June 21, 2023
Date